UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S&P INVESTMENT GROUP, LLC,,

                    Plaintiff,

        v.

KINGDOM MATERIALS HOLDINGS LLC,
*et al.*,

                    Defendants.

┌─────────────────────────────────┐
│ **USDC-SDNY**                     │
│ **DOCUMENT**                      │
│ **ELECTRONICALLY FILED**          │
│ **DOC#:**                         │
│ **DATE FILED:**  12-18-20         │
└─────────────────────────────────┘

20-CV-2112 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

Plaintiff to this contract action asserts that this Court has subject matter jurisdiction under the rules of diversity.  *See* Dkt. 1 ¶ 7 (citing 28 U.S.C. § 1332).  Plaintiff and two of the three Defendants in this case are limited liability companies.  The citizenship of an LLC "is determined by reference to the citizenship of its members."  *Catskill Litig. Trust v. Park Place Entm't Corp.*, 169 F. App'x 658, 659 (2d Cir. 2006); *see also Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000) ("[F]or purposes of diversity jurisdiction, a limited liability company has the citizenship of its membership").  Neither party has informed the Court of the citizenship of its members.  Without this information, the Court is unable to determine whether it has subject matter jurisdiction over this action.  Accordingly, no later than December 23, 2020, the parties—other than Defendant Michael Blubaugh— are hereby ordered to submit a letter to the Court detailing the citizenship of each of their members.

SO ORDERED.

Dated:     December 18, 2020
           New York, New York

                                        _____
                                        RONNIE ABRAMS
                                        United States District Judge