UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S & P INVESTMENT GROUP, LLC,

          Plaintiff,

v.

KINGDOM MATERIALS HOLDINGS LLC, *et al.*,

          Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  1-11-21

20-CV-2112 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 18, 2020, this Court issued an order directing the parties to submit a letter detailing the citizenship of each of their members. Dkt. 23. The parties were directed to do so no later than December 23, 2020. *Id*. Defendant Kingdom Materials Holdings LLC complied with this order on December 29, 2020, dkt. 24, while Plaintiff S &P Investment Group LLC complied on January 5, 20201, dkt. 25. Defendant Kingdom Resources LLC still has not done so.

    Accordingly, no later than January 20, 2021, Defendant Kingdom Resources LLC must submit a letter detailing the citizenship of its members, and if its members are other LLCs, it must provide the citizenship of those LLCs' members, and so on. The Court requires this information to determine whether it has jurisdiction over this action pursuant to 28 U.S.C. § 1332. *See Briarpatch Ltd., L.P. v. Phoenix Pictures, Inc.,* 373 F.3d 296, 302 (2d Cir. 2004) ("The citizenship requirement for diversity jurisdiction has been interpreted to mean complete diversity so that each plaintiff's citizenship must be different from the citizenship of each defendant."); *Catskill Litig. Trust v. Park Place Entm't Corp*., 169 F. App'x 658, 659 (2d Cir. 2006) (The citizenship of an LLC "is determined by reference to the citizenship of its members.").

Failure to comply with this order may result in sanctions against Defendant Kingdom Resources LLC. *See Agiwal v. Mid Island Mortg. Corp.*, 555 F.3d 298, 302 (2d Cir. 2009).

SO ORDERED.

Dated:   January 11, 2021
        New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge